MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3740
   Facsimile:  (510) 637-3724
   E-Mail:  Joshua. Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00626-DLJ |
| ) | |
| Plaintiff, ) | ORDER TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| OSVALDO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The parties appeared for a hearing to appoint counsel on September 15, 2010. Defendant indicated that he has retained counsel. Therefore, the Federal Public Defender will not be appointed to represent him. The matter was continued to September 21, 2010 for the appearance of retained counsel and to set a date for a detention hearing. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 15, 2010 and September 21, 2010 would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 15, 2010 and September 21, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered

ORDER TO EXCLUDE TIME
No. CR-10-00626 DLJ          -1-

1  that the time between September 15, 2010 and September 21, 2010 shall be excluded from
2  computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  DATED: September 15, 2010         _____
                                     HONORABLE DONNA M. RYU
5                                    United States Magistrate Judge

ORDER TO EXCLUDE TIME
No. CR-10-00626 DLJ                -2-