MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorneys

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail:    Joshua. Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00626-DLJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| OSVALDO GONZALEZ, | ) | |
| Defendant. | ) | |

    The parties appeared for a hearing on September 21, 2010, at which time defendant's retained counsel made his first appearance in the case. The matter was continued to October 22, 2010 for a status conference. The government provided discovery to defense counsel. Defense counsel requires time to review the discovery. In addition, defense counsel is currently in trial, which limits the time available to devote to this case. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 21, 2010 and October 22, 2010 would unreasonably deny the defendant continuity of counsel and would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time

1  between September 21, 2010 and October 22, 2010 from computation under the Speedy Trial
2  Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is
3  hereby ordered that the time between September 21, 2010 and October 22, 2010 shall be
4  excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and
5  (B)(iv).

7  DATED: September 23, 2010      /s/ LB
                                  LAUREL BEELER
8                                 United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
No. CR-10-00626 DLJ                              -2-